# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 162 MAL 2018

              Respondent     :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court

              v.                :

                              :

PAUL E. TOWHEY, JR.,            :

                              :

              Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.